# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DANIEL CHRISTOPHER HERBERT, ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> GENE M. JOHNSON, VA DEPT. OF ) <br> CORRECTIONS, ) <br>     Respondent. ) | Civil Action No. 7:07CV00357 <br><br> **FINAL ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by Herbert shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent, if known.

ENTER: This 17th day of October, 2007

                                                    /s/ James C. Turk
                                                  Senior United States District Judge